Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:  702.862.8800
Fax No.:    702.862.8811
rgrandgenett@littler.com
asclark@littler.com

Attorneys for Defendant
CIRCUS AND EL DORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT CASINO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHAD WIESS, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CIRCUS AND EL DORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT CASINO; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-00723-MMD-CSD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Chad Weiss and Defendant Circus and El Dorado Joint Venture, LLC d/b/a Silver Legacy Resort Casino, through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of January 6, 2026, up to and including February 5, 2026.

The Parties agree that the requested extension is reasonable and necessary because counsel for the Defendant has recently been retained and has pre-scheduled time away from the office during the intervening holidays.

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of undue delay.

Dated: December 30, 2025

Respectfully submitted,

/s/ Leah L. Jones
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK

Attorneys for Plaintiff
CHAD WIESS

Dated: December 30, 2025

Respectfully submitted,

/s/ Andrew S. Clark
Roger L. Grandgenett II, Esq.
Andrew S. Clark
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CIRCUS AND ELDORADO JOINT VENTURE, LLC DBA SILVER LEGACY RESORT CASINO

**IT IS SO ORDERED.**

Dated: December 30, 2025

_____
UNITED STATES MAGISTRATE JUDGE

2

4925-5846-8740