Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff
and All Others Similarly Situated*

Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:    702.862.8800
Fax No.:       702.862.8811
rgrandgenett@littler.com
asclark@littler.com

*Attorneys for Defendants
CIRCUS AND EL DORADO JOINT
VENTURE, LLC d/b/a SILVER
LEGACY RESORT CASINO*

THIERMAN BUCK
325 W. Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com   www.thiermanbuck.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHAD WIESS, on behalf of himself and all other similarly situated individuals,

Plaintiff,

vs.

CIRCUS AND EL DORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT CASINO; and DOES 1 through 50, inclusive,

Defendant(s).

Case No.: 3:25-cv-00723-MMD-CSD

**ORDR GRANTING STIPULATION TO DISMISS WITH PREJUDICE and ORDER THEREON**

/ / /

/ / /

/ / /

- 1 -
STIPULATION TO DISMISS WITH PREJUDICE

The Parties in this case, Plaintiff CHAD WIESS, by and through his counsel of record, THIERMAN BUCK, and Defendants CIRCUS AND EL DORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT CASINO, by and through its counsel of record, LITTLER MENDELSON, P.C., hereby stipulate to the dismissal of the above-captioned matter, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). The Parties shall bear their own costs and attorneys' fees.

Dated: July 7, 2026

Respectfully submitted,

/s/*Leah L. Jones*
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK

*Attorneys for Plaintiff*
*CHAD WIESS*

Dated: July 7, 2026

Respectfully submitted,

/s/ *Andrew S. Clark*
Roger L. Grandgenett II, Esq.
Andrew S. Clark
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
*CIRCUS AND ELDORADO JOINT*
*VENTURE, LLC DBA SILVER LEGACY*
*RESORT CASINO*

**IT IS SO ORDERED.**

Dated: July 8, 2026

_____
UNITED STATES DISTRICT COURT JUDGE

THIERMAN BUCK
325 W. Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com   www.thiermanbuck.com

- 2 -
STIPULATION TO DISMISS WITH PREJUDICE